UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAUNA M. JOHNSON,<br><br>  *Plaintiff*,<br><br>v.<br><br>KENDALL TURNER and MELANIE MONTROLL<br><br>  *Defendants*. | Civil Action No. 2:21-cv-00383<br><br>Judge: Wendy B. Vitter<br><br>Magistrate Judge: Dana M. Douglas |

## PLAINTIFF'S STATUS REPORT

COMES NOW Plaintiff Shauna M. Johnson, by and through her undersigned counsel, and submits the following status report in accordance with the Court's Order. R. Doc. 10.

Plaintiff filed this action on February 22, 2021, R. Doc. 1, and promptly served Defendants on February 25, 2021. R. Docs. 7, 8. Plaintiff subsequently discovered that the original complaint incorrectly named a defendant who bears the same last name and also works for the same agency as Defendant Kendall Turner. *See* Plaintiff's Motion to Correct Caption, R. Doc. 13, and Motion to Amend Complaint, R. Doc. 15.

Before Defendants' Answer was due, defense counsel informed undersigned counsel that he would seek an extension of time to file a responsive pleading. Since that time, Plaintiff filed her First Amended Complaint, R. Doc. 18, and sent a copy by electronic mail to defense counsel, who stated that he would waive service. Undersigned counsel then forwarded a Waiver of The Service of Summons to defense counsel.

Under Fed. R. Civ. Proc. 15(a)(3), Defendants' response to the First Amended Complaint is due within 14 days of its service. Plaintiff therefore understands that Defendants' response is

due on or before April 19, 2021. This Court's March 30, 2021 order stated that, absent an appearance by Defendants or an entry of default, Plaintiff was required to show cause why Defendants should not be dismissed for Plaintiff's failure to prosecute her case. Plaintiff respectfully submits that an appearance and responsive pleading from Defendants is anticipated on or before April 19, 2021.

Respectfully submitted,

Dated: April 13, 2021.

By: /s/Bruce Hamilton
    Bruce Hamilton
La. Bar No. 33170
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70156
(504) 522-0628
bhamilton@laaclu.org

and

Dorsey & Whitney LLP

Kathryn A. Johnson
johnson.kate@dorsey.com

50 South 6th Street Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Attorneys for Plaintiff Shauna M. Johnson*